02-11-050-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-11-00050-CV 

 

 


 
 
 In re Reza Vafaiyan
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered relator’s “Petitioner’s Motion To Withdraw
His Writ Of Mandamus,” which we liberally construe as a voluntary motion
to dismiss his petition for writ of mandamus. 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss relator’s petition for writ of
mandamus.  

 

PER
CURIAM

PANEL:  DAUPHINOT, MEIER,
and GABRIEL, JJ.  

 

DELIVERED:
 March 1, 2011











[1]See Tex. R. App. P. 47.4.